# United States Court of Appeals
## For the First Circuit

---

### NOTICE OF APPEARANCE

**No.** 24-1061          **Short Title:** Capen et al. v. Campbell

The Clerk will enter my appearance as counsel on behalf of *(please list names of all parties represented, using additional sheet(s) if necessary)*:

Andrea Joy Campbell, in her Official Capacity as Attorney General of the Commonwealth of Massachusetts       as the

[ ] appellant(s)         [✔] appellee(s)         [ ] amicus curiae

[ ] petitioner(s)        [ ] respondent(s)       [ ] intervenor(s)

---

s/ Julie E. Green
Signature

1/22/24
Date

Julie E. Green
Name

Massachusetts Office of the Attorney General
Firm Name (if applicable)

617-963-2085
Telephone Number

One Ashburton Place, 20th Floor
Address

617-727-5785
Fax Number

Boston, MA  02108
City, State, Zip Code

Julie.Green@mass.gov
Email (required)

Court of Appeals Bar Number: 93492

Has this case or any related case previously been on appeal?

[✔] No          [ ] Yes   Court of Appeals No.

===============================================================================

**Attorneys for both appellant and appellee must file a notice of appearance within 14 days of case opening**.  New or additional counsel may enter an appearance outside the 14 day period; however, a notice of appearance may not be filed after the appellee/respondent brief has been filed without leave of court.  1st Cir. R. 12.0(a).

**Counsel must complete and file this notice of appearance in order to file pleadings in this court**. Counsel not yet admitted to practice before this court must promptly submit a bar application.  1st Cir. R. 46.0(a)(2).