# United States Court of Appeals
## For the First Circuit

No. 24-1061

JOSEPH R. CAPEN; NATIONAL ASSOCIATION FOR GUN RIGHTS,

Plaintiffs, Appellants,

v.

ANDREA JOY CAMPBELL, in her official capacity as Attorney General of the Commonwealth of Massachusetts,

Defendant, Appellee.

**JUDGMENT**

Entered: April 17, 2025

This cause came on to be heard on appeal from the United States District Court for the District of Massachusetts and was argued by counsel.

Upon consideration whereof, it is now here ordered, adjudged and decreed as follows: The district court's order denying the preliminary injunction is affirmed.

By the Court:

Anastasia Dubrovsky, Clerk

cc:  Hon. F. Dennis Saylor, Robert Farrell, Clerk, United States District Court for the District of Massachusetts, Thomas Michael Harvey, Barry K. Arrington, Grace Gohlke, Julie Elisabeth Green, Douglas Neal Letter, Timothy Channing Hester, Michael M. Maya, Jennifer Loeb, Thomas Edmund Dwyer Jr., Adam S. Gershenson, William James Taylor Jr., Paul D Clement, Erin E. Murphy, Matthew D. Rowen, Mariel A. Brookins, Jeremy Feigenbaum, William M. Tong, Peter F. Neronha